REHEARING MOTION DENIED

JUNE 4, 1959

Reap. Dec. 9458.—B. A. McKenzie & Co., Inc. *v.* United States, 

Motion by plaintiff.

(REAP. DEC. 9459)

WESTERN AUTO SUPPLY COMPANY *v.* UNITED STATES

Entry Nos. 2976; 3271.

(Decided June 15, 1959)

*John D. Rode* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: These two appeals for reappraisement relate to certain so-called juvenile bicycles exported from Germany and entered at the port of Baltimore, Md.

Stipulated facts, upon which the cases have been submitted, establish that the proper basis for appraisement of the merchandise in question is export value, as defined in section 402(d) of the Tariff Act of 1930, and that such statutory value therefor is the appraised value, less the charges as invoiced for inland freight and delivery f.o.b. charges, and I so hold.

Judgment will be rendered accordingly.

(REAP. DEC. 9460)

SIPMAN, INCORPORATED *v.* UNITED STATES

Entry No. 141–C.

(Decided June 15, 1959)

*Sharretts, Paley & Carter* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This appeal for reappraisement relates to certain so-called seamless API casing and tubing exported from Germany and entered at the port of Corpus Christi, Tex.